FILED

JUL 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## District Court of the United States
## For the District of Columbia

### Civil Case Number _____

---

# Original Complaint

---

**Camille F. Zinda *in propria persona***
**c/o 673 Kingfisher Lane Unit C**
**Woodbury, Minnesota 55125**
**Phone 651-338-4659**

**VS.**

**Richard R. Johnson, in his individual**
**Capacity While Acting as an employee of the**
**U. S. Agriculture Department**
**Through the Implied Authority of the Internal Revenue Service**

**In Concert with**

**4 or 5 John Does**

CASE NUMBER 1:06CV01351

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se, General Civil

DATE STAMP: 07/28/2006

---

### Original Complaint

    I, Camille F. Zinda, complainant herein, hereinafter "I", or "me", an inhabitant of Minnesota, proceeding without assistance of counsel, hereby complain of unlawful takings by Johnson and others, without affording me my right to due process of law, as secured by state and federal constitutions alike, and conversion of my property for use of another or others,  file this, my Original Complaint; and, hereby complains about the Defendants unlawful trespass of my inherent



constitutionally protected rights, seizure of property, denial of due process, denial of remedy, and other related transgressions as more fully shown herein. I file this action pursuant to Article III Section 2 of the U. S. Constitution, the Fourth and Fifth Articles of the Bill of Rights, and the Sovereign Immunities Act and would show the Court as follows:

## I. **Jurisdiction and Venue**

1.      This Court, the "District Court of the United States for the District of Columbia", is to convene as an Article III court pursuant to the District of Columbia Code, Title 11, Section 101(1)(C). This Court has cognizance under the class of cases and controversies arising in law and equity under Article III of the Constitution of the United States, and through the Foreign Sovereign Immunities Act of 1976, 90 Stat. 2891, as restated in the United States Code hereinafter U.S.C. Title 28, Sections 1330 (a) and (b), 1350, 1356, 1391 (d) and (f)(4), and 1602-1611, in pari materia with 4 USC 72. Each defendant party herein is an employee of an office that is attached to the seat of the government, which office, absent proof to the contrary, has no authority outside the District of Columbia, because each defendant party is brought in its capacity as either an agency, instrumentality, employee, agent or beneficiary of the implied, charitable or resulting trust doing business as THE DEPARTMENT OF AGRICULTURE[1], which is an instrumentality, agency or political subdivision of the UNITED STATES; and, the principal place of business for the UNITED STATES is the District of Columbia. Each defendant

---

1 Established at the seat of the government by Act of May 15, 1862, 12 Stat. 387

party is a taxpayer and Federal employee, subject to the rights created by the laws
of Congress, or receives benefits or revenue from the UNITED STATES, or both,
and accepts the benefits of residency in the District of Columbia; evidencing
residency in the District of Columbia or UNITED STATES. Each defendant party is
brought in his/its capacity in relation to THE DEPARTMENT OF AGRICULTURE
and the UNITED STATES; therefore, each defendant party is a resident of the
District of Columbia in the capacity in which suit is brought under this action.
Additionally, this Court has jurisdiction pursuant to 28 U.S.C. Section 1331 in the
instant cause, because the cause arises under the Constitution, laws or treaties of
the United States; and, under 28 U.S.C. 1332, because there is diversity of
citizenship between the defendant parties and me, and, because international law
has been violated, pursuant to, but not limited to, *The Rights and Duties of Neutral
Powers and Persons in Case of War on Land* (Hague V); 18 October 1907, *The3 Convention
de la Hayedu 5 October 1961,* and The Ordinance of the Territory North and West of the
River Ohio, 1 Stat. 51, 52, July 13, 1787

2.      This Court has personal jurisdiction over each of the Defendants as 28
U.S.C. Section 1330 (b) provides, in effect, a federal long-arm statute over foreign
states, including political subdivisions, agencies, and instrumentalities of foreign
states. See **House Report No. 94-1487, page 13**.

3.      The defendant parties are subject to the Court's jurisdiction and venue,
because they are foreign states, or instrumentalities or agencies of a foreign state,
within the meaning of 28 U.S.C. 1603 (a) & (b), or employees or agents thereof.
Further, all defendant parties were engaging in a regular course of commercial

conduct; and, their actions in this instance revolved around a particular *commercial transaction*, all within the meaning of 28 U.S.C. 1603(d) and 1605 (a)(2), (a)(3) and (a)(5), and all actions occurred within the jurisdiction of the United States of America. Defendants have taken property which was present in one of these United States, specifically on the soil of the *de jure* Minnesota, further violating international law.

4.     Defendant, Richard R. Johnson, is an employee of the U. S. Department of Agriculture, by and through its transferee, the internal Revenue Service which is an instrumentality of the UNITED STATES, a foreign state in relation to Minnesota, and doing business within the territorial borders of Minnesota; in the regular course of commercial conduct at all times relevant hereto. This suit is brought against him and the as yet unnamed John Does in their capacity of Federal employee or agent thereof; and, in that capacity, they each reside in the District of Columbia. These parties are all intertwined in the ongoing *commercial activity* of conspiring to seize, and the seizing of, real and personal property, conversion, and unlawful taking,   for which the end result is planned *unjust enrichment*. In the instant cause, Private Property, which was in the care of the company I worked for, was and is being seized without authority or due process; and converted for the use of Richard R. Johnson, or others unknown.

5.     The defendants are subject to the jurisdiction of this Court, and cannot claim immunity, because all of their actions were predicated on *commercial activity* having substantial contact with the United States, which was intended to provide

*unjust enrichment* to themselves or parties unknown, within the meaning of 28 U.S.C. 1603(d).

6.    The defendant parties are severally either a foreign state, or instrumentalities or agencies of a foreign state within the meaning of 28 U.S.C. 1603 (b); or, they are employees or agents thereof, and the instant action results from a specific *commercial activity* of a foreign state, or its agencies or instrumentalities, within the meaning of 28 U.S.C. 1603 (d), which was within the United States, or having substantial contact with the United States; and, which is based upon a *commercial activity* within the meaning of 28 U.S.C. 1605 (a)(2); in which rights in property taken in violation of international law are in issue, and that property, or any property exchanged for such property, is present in the United States in connection with a *commercial activity* carried on in the United States within the meaning of 28 U.S.C. 1605 (a)(3); and, in which money damages are sought against a foreign state for personal injury or damage to, or loss of liberty and property, occurring in the United States and caused by the tortious act or omission of that foreign state or of any official or employee of that foreign state while acting within the scope of their office or employment within the meaning of 28 U.S. C. 1605 (a)(5).

## II. Parties

7.    Camille F. Zinda is a woman, inhabitant of Minnesota, who is and has the unalienable right to self government.    I waive no inherent rights secured by the Constitution or otherwise, nor have I ever knowingly waived any such rights. To the best of my knowledge I have never engaged in any activity nor signed a document which would make me a taxpayer or otherwise subject me to the exclusive

jurisdiction of the United States, UNITED STATES OF AMERICA or of any federal Department, agency, or instrumentality.

8.      Richard R. Johnson is a Federal employee of the U. S. Department of Agriculture, by and through its agent or transferee, the internal Revenue Service. Richard R. Johnson and 4 or 5 John Does are agents or instrumentalities of a foreign state, that being the UNITED STATES, within the meaning of the Foreign Sovereign Immunities Act at 28 U.S.C. 1603 (a) & (b).  They pay monies to, collect taxes and distribute benefits for, and receive revenues from, the UNITED STATES, whose principal place of business is the District of Columbia, through grants, revenue sharing programs, subsidies, reduced interest or interest free loans, and other entitlements. They are insolvent commercial traders pursuant to 28 U.S.C. 1603 (d) with substantial contact with the United States, as evidenced by their exclusive use of debt obligations of the UNITED STATES in all their *commercial transactions*.  Their only authority arises from the *quasi* authority of an implied, charitable or resulting trust doing business as THE UNITED STATES, or *this state,* through the privity of their contractual relationships with persons accepting benefits offered by *this state.*  No law, body politic, or enactment of any Congress or Legislature created  THE UNITED STATES, THE STATE OF MINNESOTA, or *this state*  and it has no *de jure* authority, other than that which is given under privity of contract by the permission, by voluntary assent or by silence, of those it governs. Johnson can be served by serving him at the office of the Internal Revenue Service, Fresno, CA 93888.

9.     4 or 5 John Does, as yet unnamed, are in comity with Richard R. Johnson and with the same status and standing as Johnson.

### III. Statement of Facts

10.    Defendant parties Richard R. Johnson and 4 or 5 John Does are engaged in the ongoing *commercial activity* of seizing real and personal property from the rightful owners under color of law. They routinely use bogus documents without certification, due process or seal and signature of a court of competent jurisdiction, with the object of the taking of property from those whom they label taxpayers.

11.    The facts are these: CAMILLE F ZINDA received a series of letters, ostensibly from the Internal Revenue Service, over a period of years, inviting her to volunteer payment of Federal taxes. Although I was not and am not a taxpayer as the term is defined in the Internal Revenue Code, every letter addressed me as such.

12.    IRS Publication 5 states the remedies which apply when a taxpayer is disputing a certain type of tax. The instructions in Publication 5 do not apply in this case, as I am not a taxpayer and am not disputing a tax. I am not and have not intended to be a federal State citizen or Resident as set forth and defined in the Buck Act, Title 4 USC §§ 105-110. All IRS agents and United States Courts are barred from making a "status determination" with regard to federal income taxes. Consequently, if IRS agents and Courts are barred from declaring me, a free white woman, a taxpayer, this is prima facie evidence that the federal income tax is voluntary. Therefore, both IRS agents and United States Courts lack jurisdiction and my declared status must be accepted.

13.    The letter writing to the alleged taxpayer CAMILLE F ZINDA, culminated on July 25, 2005, with a Notice of Levy, Attachment 1, attached hereto and incorporated herein. Upon receiving the Notice of Levy, the company where I work began withholding funds which had been earned by and belonged to me and transmitting the funds to some unknown party from whom an accounting has not been forthcoming, purportedly pursuant to IRC 6331(a), which clearly applies exclusively to *federal* employers and employees. The total of the funds seized and taken to date is $11,675.32.    This is an unlawful taking, in violation of the Fifth Amendment of the Constitution of the United States. At no time was I afforded due process, another violation of the Fifth Amendment.

14.    I am aware that if I could be classed as a Federal personnel, employee, officer or elected official of the United States, that I would be subject to payment of internal revenue taxes. I am none of these.    Neither do I engage in any taxable activity which is governed by Title 26 or Title 27.

15.    The meanings of the words, terms and phrases of particular significance used in this complaint, and in all motions and pleadings which will be filed in this matter, are defined in the "Definition of Words, Terms and Phrases" which is attached as Appendix A to the end of this document; and, which is made a part of, and incorporated into, this cause for all purposes. No meaning may be assigned by any party to any word, term, or phrase that is defined in the attached "Definition of Words, Terms and Phrases" other than, or which would conflict with or change the meaning of, the definition given therein. All words, terms or phrases not contained

therein shall have the exact meaning as is given in Black's Law Dictionary, 6th Edition.

## IV. Claim for Relief

16.    Richard R. Johnson, and others unknown, under color of law and in violation of the Constitution of the United States doing business as THE UNITED STATES or *this state*, stepped out of their venue and jurisdiction in a purely commercial venture, and onto the soil of Minnesota. While there, they converted funds earned by me, in exchange for my services in a lawful unlicensed trade, to their own use and unlawfully took and seized said funds from me, a *stranger* to the implied, charitable or resulting trust, under the presumed authority of *this state,* in want of judicial process. No writ of attachment, writ of garnishment or any other court document was ever presented.

17.    Federal employee Johnson and others relied upon *irregular administrative process* as though I were a Federal employee, had an accrued salary, hence, subject to the laws of Congress, particularly IRC 6331. This action on the part of Federal employees has resulted in a total denial of due process, unlawful takings and a deprivation of basic rights secured to me by the Minnesota Constitution, and the Constitution of the United States. The defendant parties hereto all acted in a regular course of commercial conduct, while having substantial contact with the UNITED STATES, for the goal of *unjust enrichment*; which is their standard method of operation. Defendant parties regularly seize property both real and personal from people with "good title" under Minnesota law; then convert the assets by seizure or selling the property and retaining the proceeds for their own use; or,

occasionally, for the use of other beneficiaries of the implied, charitable or resulting trust doing business as THE UNITED STATES, or *this state*. Their activities are purely commercial in nature, and result in ***unjust enrichment*** in virtually every instance.

18.      I claim that Johnson and others owe me just compensation in the amount of $11,675.32, plus any and all other monies which will be taken while this suit is pending, in addition to punitive and compensatory damages, to be determined by a jury.

## V.      Payment of Filing Fee With Reservation of Rights

19.      This case is filed as an Article III action. I have never knowingly waived my right to legal tender, and do not hereby waive that right. I hereby give notice of my explicit reservation of my secured Right to extinguish debt, as secured with regards to Minnesota, and The State of Minnesota, under Article One, Section 10, of the Constitution of the United States, wherein it states: "No State shall... make any Thing but gold and silver Coin a Tender in Payment of Debts;. . ."; and, as secured with regards to the United States under Article 9 of the Articles of Amendment *i.e.* the Bill of Rights; because Congress has immorally repudiated its obligation to pay its debts as cited in **Perry v. United States**, 294 U.S. 330, and has since abandoned its duty "to Coin money". As a direct result, I have been placed in a forced condition to tender a "Promise to Pay" for the fees necessary for this filing with the attached "Bond for Costs". In the alternative, if forced by the Clerk of the Court, my agent will tender an alternative method which may be used in payment of the required filing fees in the instant cause, if it is a more appropriate form of

payment. Either form of payment is tendered with full reservation of all my rights, and without prejudice to the debts of the United States. I hereby move the Court to rule as to the most appropriate form of payment in an Article III Court and action, to accept same for the payment of filing fees in this cause, and to return the other form of payment to me; or, if neither form of payment submitted herewith is acceptable for payment of fees in an Article III Court and action, I move the Court to inform me of the proper form of payment, and to give me reasonable opportunity and time to make such payment in the proper form.

## VI.  First Cause of Action

20.    Defendants Richard R. Johnson and 4 or 5 John Does,  each individually being a "separate legal person" or agency or instrumentality of a foreign state within the meaning of 28 U.S.C. 1603(b), and at all times acting in their course of regular commercial conduct under the presumed authority of the implied, charitable or resulting trust doing business as THE UNITED STATES, or *this state*  cause an *irregular* Notice of Federal Tax Levy to be issued against me and Private Property held in trust by the company where I work, for the sole purpose of seizing  Private Property for the *unjust enrichment* of themselves or other beneficiaries of the trust by whom they are employed.  The *irregular* Notice of Federal Tax Levy,  was issued against CAMILLE F ZINDA without probable cause, and without any indication or allegation of wrongdoing on my part, and totally without expectation of discovery of any wrongdoing or liability on my part; or any evidence of any third party's secured interest in my property, and, it was issued with full knowledge by Johnson that he was acting outside the scope of his employment, under color of law

and in without affording me a meaningful opportunity to appear and object to the seizure and conversion of my property, or affording the "garnishee defendant" employer its right to appear and object.

21.    Further, Johnson and 4 or 5 John Does issued an "attachment" of private funds in which he and/or they had no secured interest, and over which he had no plenary powers or authorizing him to collect my earnings or any portion thereof, which was not accrued and was not in the possession, custody, or control of the UNITED STATES, its courts, or its agents. Johnson's actions reduced me to a state of peonage, and her private employer to a condition of involuntary servitude, in violation of the Constitution of the United States and numerous treaties and compacts to which the United States of America is a signatory.

22.    Damage to date in actual unlawful takings:  $11,675.32

## VII.  Second Cause of Action

23.    Johnson is not and has never been a bona fide collector of revenue as that term is described in 1 Stat 36. He was not appointed by a President, and he is not bonded, neither by his freehold, nor by other sureties.   He offers no indemnities whatsoever to me    He is a Federal employee of the Executive branch of government. Only Congress was granted the power to lay and collect taxes. The Executive department can not collect taxes even in times of war or emergency. It is the exclusive power of Congress and can not be delegated. Therefore, Johnson, along with the assistance of 4 or 5 John Does, knew or should have known that he is an intruder or interloper with no authority to insert himself into my life or unlawfully take my property. For usurping the powers of Congress, which can not

be delegated or redelegated, I claim punitive damages in the amount of $100,000.00.

### VIII. Prayer

Camille F. Zinda hereby requests that the honorable Court, after reviewing all the facts and evidence in this matter, rule in her favor, and grant relief as follows:

a.)   As against Richard R. Johnson, actual damages in the amount of $11,675.32 for the unlawful taking without just compensation; and

b)  As against Richard R. Johnson and 4 or 5 John Does, punitive damages in the amount of $100,000.00 for the usurpation of the powers delegated exclusively to Congress;  and,

c) Immediate stay of unlawful taking until this suit is resolved; and

c) All costs, including reasonable attorney's fees; and

d) A declaratory judgment by this court that agrees that I am not a taxpayer, not a U. S. citizen, and I have the right of self government.

I request that the Court grant to me all things prayed for.

The People have spoken

_Camille F. Zinda_
Camille F. Zinda
c/o 673 Kingfisher Lane Unit C
Woodbury, Minnesota

## VERIFICATION

**The State of Minnesota**

**Washington County**

I, declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 12th day of July, 2006.

Witness the seal of Camille F. Zinda

_____
Camille F. Zinda