**Form 668-W(c)**
(Rev. January 2001)

Department of the Treasury — Internal Revenue Service

## Notice of Levy on Wages, Salary, and Other Income

N9100-030

| | |
|---|---|
| DATE: 07/25/2005 | TELEPHONE NUMBER   SEQNUM 00775 |
| | OF IRS OFFICE: |
| IRS ADDRESS: | TOLL FREE        1-800-829-7650 |
| AUTOMATED COLLECTION SYSTEM SUPPORT | WI |
| PO BOX 24017 | |
| FRESNO, CA 93779-4017 | NAME AND ADDRESS OF TAXPAYER: |

TO:  P          41-0449260     DPC05

CAMILLE F ZINDA
673 KINGFISHER LN APT C
WOODBURY MN 55125-1845752

WELLS FARGO & CO
625 MARQUETTE AVE S
MINNEAPOLIS MN          55402-2308990

IDENTIFYING NUMBER(S):     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
ZIND H  00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-2001 | $ 9,883.00 | $ 957.48 | $ 10,840.48 |
| 1040A | 12-31-2002 | $ 3,108.86 | $ 322.06 | $ 3,430.92 |
| CIVPEN | 12-31-2002 | $ 500.00 | $ 65.99 | $ 565.99 |

Total Amount Due ▶          $ 14,837.39

We figured the interest and late payment penalty to _____ 08-23-2005 _____.

Although we have told you to pay the amount you owe, it is still not paid.

This is your copy of a Notice of Levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

This levy requires the person who received it to turn over to us: (1) your wages and salary that have been earned but not paid yet, as well as wages and salary you earn in the future until this levy is released, and (2) your other income that the person has now or is obligated to pay you. These are levied to the extent they are not exempt as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please **bring a guaranteed payment (cash, cashier's check,** certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

06 1351
FILED

JUL 2 8 2006

**Please see the back of Part 5 for instructions.**

| Signature of Service Representative | Title Operations Manager, Collection |
|---|---|

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Part 2 - FOR TAXPAYER**          FORM 668-W(c)(Rev.1-01) 16748F

Attachment 1

## Appendix A

### Definitions of Words, Terms and Phrases

**actor** – One who acts; one whose conduct is tortuous; One who uses presumed authority that he does not possess to the detriment, or the control, of others, over whom he would otherwise have no authority.

**"agency or instrumentality of a foreign state"** – Has the exact same meaning as is given in 28 U.S.C. 1603.

**authority** – Permission. The right to exercise powers; to implement and enforce laws; to exact obedience; to command; to judge; jurisdiction.

**benefits** – Advantage; profit; fruit; privilege; gain; interest.

**body politic** – A social compact by which the whole People covenants with each Citizen, and each Citizen with the whole People, that all shall be governed by certain laws for the common good.

**capacity** – Legal qualification, competency, power, or fitness.

**character** – The aggregate of the moral qualities which belong to and distinguish an individual person; the general result of one's distinguishing attributes.

**charitable trust** – One in which property held by a trustee must be used for charitable purposes [advancement of health, religion, etc.]. Fiduciary relationship with respect to property arising as a result of a manifestation of the intention to create it, and subjecting the person by whom the property is held to equitable duties to deal with the property for an equitable purpose.

*citizen of the UNITED STATES* – One who relies on the 14th Amendment of the constitution of the United States for his status and authority. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States.

**c/o** – in care of that location; not an address or residence; with full reservation of all rights; only presented as a method of delivering and accepting of mail.

**commercial trader** – One who is occupied with business and commerce.

**commercial transactions** – Any type of business carried on for a profit. Activity relating to or connected with trade and traffic or commerce in general.

**debt obligations** – The embodiment of responsibility to pay a fixed and certain amount of money or some other valuable thing or things, either in the present or in the future. Federal Reserve Notes are examples of debt obligations of the United States.

*de jure* – Descriptive of a condition in which there has been total compliance with all requirements of law. Of right, legitimate; lawful; by right and just title. The opposite of de facto.

**domicile** – Place where a man dwells, and is the center of his domestic, social and civil life.

**federal area** – An enclave, territory or region belonging to, and under the exclusive authority and jurisdiction of the United States.

**foreign** – Non-resident corporation; belonging to another nation or country; belonging or attached to another jurisdiction.

**foreign state** – Nations which are outside of the United States, including a political subdivision of a foreign state or an agency or instrumentality of a foreign state which is a separate legal person, corporate or otherwise, and which is an organ of a foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by a foreign state or political subdivision thereof, and which is neither a citizen of a State of the United States as defined in section 1332 (c) and (d) of this title nor created under the laws of any third country.

**implied trust** – Trust where the intention in regard to the subject matter is not manifested by explicit and direct words, but is gathered by implication or necessary deduction from the circumstances, the general language, or the conduct of the parties.

**incorporated municipality** – Political subdivision or public agency or instrumentality of THE STATE OF MINNESOTA; a "person" within the meaning of the Fourteenth Amendment of the Constitution of the United States.

**inherent rights** – Inalienable Rights. One which abides in a person and is not given from something or someone outside itself. A God-given right which a man has because he is a man.

*in itinere* - A sojourner, one who can conduct commercial affairs without being subject to prize, abandonment or capture of his property under the War Powers doctrine.

*in propria persona* – In one's own proper person, without reliance of any other authority or representative for conducting one's own affairs.

**in relation to** – In regard to; concerning; in respect of; with respect to.

**legal tender** – Specie money coined under the authority of the Constitution for the United States of America at Article I Section 8.

**MINNESOTA citizen** – a direct descendant of the founding fathers of MINNESOTA, having the same authority as a state citizen within the meaning given herein, who has claimed his inheritance of birthright, and has not entered into any contracts with, and rejects and waives all benefits from, the implied, charitable or resulting trust doing business as THE STATE OF MINNESOTA or the UNITED STATES or *this state*.

**Minnesota** - The *de jure* state, which is one of the Union states known as the united States of America. It was formed under an organic constitution which was approved by the other Union states through the Congress of the United States of America prior to its admission into the Union; and, it is the duty of Minnesota, under its agreement to enter into *Statehood*, to insure that each state citizen is provided with the protections and guarantees protected by the Minnesota Constitution, and the Constitution for the United States of America.

**reject** – The act of an offeree of refusing to accept the terms of a proposal made by an offeror.

**Republican form of government** – A government in the republican form; a government of, by, and for the people; a government by representatives chosen by the people. For the purposes of this pleading, a government which is founded upon the principals of, and which guarantees and protects the inherent Rights secured within, the Constitution for the United States of America.

**resident of THE STATE OF MINNESOTA** – Any person who occupies a dwelling within THE STATE OF MINNESOTA, has a present intent to remain within THE STATE OF MINNESOTA for a period of time, and manifests that intent by establishing an ongoing contractual relationship through the acceptance of the benefits of residency within THE STATE OF MINNESOTA, together with indicia that his presence within THE STATE OF MINNESOTA is something other than merely transitory in nature.

**residency** – State of being a resident, including residing within the District of Columbia.

**resulting trust** – Trust formed by operation of law; Trust implied in law from intentions of parties to a given transaction.

**separate legal person** – A corporation, trust, or other legal entity which was formed in a method conforming to, and according to, the law; and, which is individual, distinct, particular, and disconnected.

**state citizen** – The founding fathers, those who created and signed the Declaration of Independence, the Constitution for the United States of America *i. e.* the sovereign American People; and their posterity. In modern terms, those who are descendants of the founding fathers, have claimed their Birthright, and have not entered into contract with the implied, charitable trust(s) doing business as THE STATE OF MINNESOTA, the UNITED STATES, or the UNITED STATES OF AMERICA, hold the status of state Citizens. Those who hold the inherent Rights guaranteed and protected by the Constitution for the United States of America.

**status** – Standing, state or condition; social position. The legal relation of one to rest of the community. The rights, duties, capacities or incapacities which determine a given class of people or persons.

*stranger* – One who, in no event resulting from the existing state of affairs, can become liable for the debt, and whose property is not charged with the payment thereof and cannot be sold therefor.

*sui juris* – Of his own right; possessing full social and civil rights; not under any legal disability, or the power of another, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self.

**taxpayer** – Any person subject to or liable for a revenue tax.

**THE STATE OF MINNESOTA** – (a) a legal fiction doing business as an implied, charitable, or resulting trust in the name of "THE STATE OF MINNESOTA"; and, at all times and in all places, acting as a distinct and separate foreign entity acting in a foreign plane of venue-jurisdiction within the external boundaries of Minnesota, and having venue and jurisdiction over the People of the body politic only by presumption of acceptance of legal personalities and benefits offered to the People by THE STATE OF MINNESOTA; and,

(b) a separate and distinct entity as in relation to de jure government incorporated as "The State of Minnesota," by the People of the body politic at the Constitutional convention; and,

(c) a de facto state arising by operation of law through the United States Congress' omission of its duty to coin Money and regulate the Value thereof (beginning in about 1933 A.D. until 1977 A.D., and continuing to the present day) without the express consent of the body politic, without any Constitutional authority or enactment of law by any Congress or Legislature, and doing business exclusively as a drawer of commercial paper; and,

(d) a legal fiction voluntarily doing business exclusively with fiat based money in contravention to the legal Tender clause of the Constitution of the United States, Art. I, §10, and fraudulently misrepresenting itself as a de jure government though

(and not limited to) its exclusive control of "free" public education, licensing of teachers, licensing of ministers, and licensing of attorneys; and,

(e) terms of art created and used by THE STATE BAR OF MINNESOTA, the Legislature and the Judiciary of MINNESOTA, at all times acting with unclean hands, and specifically intended as a scheme and artifice to deceive and defraud the People of the body politic of Minnesota of their property rights for the unjust enrichment of THE STATE BAR OF MINNESOTA and THE STATE OF MINNESOTA and its agencies, municipalities and sub-divisions, by fraudulent misrepresentations specifically intended to induce the People of the body politic to purportedly voluntarily enter into commercial agreements and contract by presumption, by presumed conduct; and, to accept legal obligations and duties not otherwise imposed or existing, and;

(f) terms of art specifically intended to induce by fraudulent misrepresentation the acceptance of a purported benefit of limited liability of a maritime or commercial nature through purported commercial agreements, contracts, registration, licensing agreements and use of debt obligations of the United States, which is intended to cause the People to unknowingly waive inherent and Constitutionally secured rights, not limited to property rights and the right to extinguish debt with the payment of gold and silver Coin, through purported acceptance of commercial legal personalities by the People which are imposed by THE STATE OF MINNESOTA as a condition for entry into "this state" with irresistible force and without disclosure of the legal disabilities and duties to "this state," which are imposed on the People, and;

(g) terms of art specifically intended to fraudulently induce the People of the body politic to purportedly agree to voluntarily accept a foreign venue-jurisdiction where legal title to all property is held in common as a hypothecation for the debts of the United States purportedly for the benefit of the beneficiaries of the charitable, implied or resulting trust doing business as THE STATE OF MINNESOTA (a communistic society of legal persons) deceptively imposed on the People of the body politic as an inducement to accept a condition of peonage in contravention to the Constitution and Laws of the United States and International Law without full disclosure, and:

(h) a scheme and artifice to defraud the People of the body politic by suppressing the People's knowledge of the law by licensed members of THE STATE BAR OF MINNESOTA and licensed teachers of the "free" public school system who have superior knowledge and training in the law and use the law for their own unjust enrichment by taking unfair and unconscionable advantage of the ignorance of the People of the body politic at the expense of the People of the body politic of Minnesota, and;

(i) an amoral legal fiction doing business wholly absent of good faith, using fraudulent inducements to establish a purported custom and usage of trade with the People of the body politic that is repugnant and in contravention to generally

accepted business morals, MINNESOTA Rules concerning commerce, the Guaranteed Republican Form of Government and Scriptural concepts on which the Guaranteed Republican Form of Government is based, and;

(j) an amoral legal fiction that makes fraudulent misrepresentation of the common law with the specific intent to deprive the People of a remedy by the common law, and;

(k) a foreign state within the meaning of Title 28 U.S.C. 1603(a) in relation to The State of Minnesota and the United States of America; a federal area subject to the jurisdiction of the United States and the United States District Court for the District of Columbia, and;

(l) an insolvent commercial trader, having substantial contact with the United States, that is unable to extinguish its debts; while, at all times, trading exclusively in foreign debt obligations and acting under private international commercial law falsely claiming and purporting to be protected by the doctrine of sovereign immunity, and;

(m) a private person in relation to The State of Minnesota acting jure gestionis* wholly in want of sovereign immunity, as per Davis v Gray**, 16 Wall. 203, Clearfield Trust v. United States***, 318 U.S. 363 and the Foreign Sovereign Immunities Act of 1976, and;

(n) a foreign person in relation to The State of Minnesota used by members of THE STATE BAR OF MINNESOTA to displace the de jure body politic of the old Republic (established in 1836 and re-established in 1845 and again re-established in 1876) to the foreign venue-jurisdiction of " in this state" not authorized by the express consent of the People of the body politic, not authorized by an enactment of law by U.S. Congress and State Legislature and in contravention to the Constitution of the United States at Art. IV §3, and;

**trust** – See THE STATE OF MINNESOTA

***this state or in this state*** – See THE STATE OF MINNESOTA

**TX -** Designation of a federal area.

**U.S.C.** – United States Code.

**(U.U.D.)** – used under duress with full reservation of rights.

**United States** – The federal corporation.

**UNITED STATES** – An implied, charitable or resulting trust doing business as a commercial trader in the international arena.

**united States of America** – The collective name of the states which are united by and under the Constitution for the United States of America.

**UNITED STATES OF AMERICA** – An implied, charitable or resulting trust doing business as a commercial trader in the international arena.

***unjust enrichment*** – An act wherein one person is unjustly enriched at the expenses of another; the taking of property or benefits without giving fair consideration.

**waive** – To abandon, throw away, renounce, repudiate, or surrender a claim, a privilege, a right, or the opportunity to take advantage of some defect, irregularity, or wrong. To give up right, benefit, or claim voluntarily.

**with full reservation of rights** – A stipulation or clause in any instrument in which one holds for himself all inherent rights that he might possess, notwithstanding the terms or the forum of the contract, or any other conditions precedent thereto. Stipulation may be expressed by the use of the terms *"without prejudice"* or *"all rights reserved"*, or any similar statement.

**without prejudice** – See "with full reservation of rights".

# AFFIDAVIT

State of Minnesota.              }
                                }  at law;
Washington County.              }


I, Camille F. Zinda, hereinafter, the Affiant, being over the age of majority and capable of attesting to the facts contained herein, do hereby attest that:

I deny that I have ever given allegiance to any entity other than my lawful country the United States of America and Minnesota.

I deny that I voluntarily engage in *commerce* within the meaning of the United States Code.

I am a solvent woman, and I use debt instruments only because acts or omissions of Congress have deprived me of lawful money, and I use said debt instruments under protest and because of irresistible force.

I deny being in contract with the defendant parties of THE STATE OF MINNESOTA, THE UNITED STATES, or *this state,* and I reject and waive all benefits offered by same.

I deny that, at all relevant times, I have been anything but a *stranger* to THE STATE OF MINNESOTA, a neutral woman on the land.

I have rejected and waived all benefits of the implied, charitable or resulting trust doing business as THE STATE OF MINNESOTA, THE UNITED STATES, or *this state.*

I deny that I have waived my right to extinguish debt by the use of constitutional legal tender, and any use of debt obligations of the UNITED STATES by me is under protest, with explicit reservation of all my rights, and without prejudice to the debts of the United States.

My capacity, character, and status arise from my relationship with the *de jure* Minnesota, incorporated by the People of Minnesota at Constitutional Convention in 1857, and re-incorporated as one of the several States in 1858; and, its relationship with the united States of America under the guaranteed Republican Form of Government and on an equal footing with the original States.

I reject, waive and refuse all social security benefits of any kind, because social security is an amoral scheme that is repugnant to my moral, spiritual, and religious beliefs; and, it is contrary to the principals upon which Minnesota and the united States of America were founded.

I reject and waive any benefits associated with being a registered voter, there being no such thing in Minnesota, or voting as a registered voter; and, I am not registered to vote.

06 1351
FILED

JUL 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I reject and waive all benefits of being a resident of, or of residency in, THE STATE OF MINNESOTA, the UNITED STATES, or this state, or any instrumentalities, municipalities or agencies of the same; and, I do not claim or accept the status or benefits as a resident in either.

I expressly deny being a *citizen of the United States*, subject to the jurisdiction thereof, within the meaning of the 14th Amendment; and I do not reside within the United States.

I deny any address which could be construed as placing me in a federal area, but I can usually receive mail with full reservation of rights through delivery by the United States Postal Service, non-territorial in relation to the UNITED STATES and *this state*.

I deny that I have ever knowingly, willingly or intentionally placed by signature on any contract that would diminish my status as a free woman or would make me subject to any administrative scheme that would deprive me of my fundamental rights, voluntarily or involuntarily.

_____
Camille F. Zinda

State of Minnesota.        }
                          } at law;
Dakota County             }

SWORN AND SUBSCRIBED before me, a Notary Public for the State of Minnesota, on this the 24th day of July, 2006.



_____
Notary Public

TERRI-JO SHERMAN
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2010