AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
SEP 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Camille F. Zinda

V.

Richard R. Johnson, in his individual
capacity while acting as an employee of the
U. S. Agriculture Department through the implied
authority of the Internal revenue Service

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01351

CASI   JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 07/28/2006

TO: (Name and address of Defendant)

Richard R. Johnson
Internal Revenue Service
Fresno, CA 93888

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Camille Zinda
673 King Fisher Ln,
Unit C
Woodbury, MN. 55125

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUL 28 2006
CLERK                                DATE

_Huggins_
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: August 16, 2006 |
| NAME OF SERVER (PRINT): Adolph Zinda | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent by certified mail with return receipt at defendant's place of work, and was received on August 16th, 2006. See attached copy of the return receipt as proof of service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $5.84 | $5.84 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 29, 2006
       Date

Signature of Server

c/o 3846 Craig Way, Inver Grove Hts., Minn.
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>R. JOHNSON, Ops Manager<br>ACS SUPPORT<br>Internal Revenue Service<br>Fresno CA 93888 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>AUG 1 6 2006<br><br>POSTMARK DATE |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2890 0001 2971 1898 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Adolph Zinda
c/o 3846 Craig Way
Inver Grove, Minnesota
[ 55076-3132 ]

C02A