IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMILLE F. ZINDA, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-01351(ESH) |
| | ) |
| v. | ) |
| | ) |
| RICHARD R. JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: October 18, 2006.

        Respectfully submitted,

        /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Ben Franklin Station
        Washington, DC 20044
        Phone/Fax: (202) 307-6585/514-6866
        Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on October 18, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>
> Camille Zinda
> 673 King Fisher Lane
> Unit C
> Woodbury, MN 55125

>
>     /s/ Beatriz T. Saiz
> BEATRIZ T. SAIZ