IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMILLE F. ZINDA, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-01351(ESH) |
| | ) |
| v. | ) |
| | ) |
| RICHARD R. JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing DEFENDANTS' MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on October 18, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Camille Zinda
        673 King Fisher Lane
        Unit C
        Woodbury, MN 55125

        /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ