UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAMILLE F. ZINDA,<br><br>         Plaintiff,<br><br>v.<br><br>RICHARD R. JOHNSON, *et al.*,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 06-1351 (ESH)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Defendants Richard Johnson and 4 or 5 John Does have filed a motion to dismiss the complaint, pursuant to Rules 12(b)(1), (2), (3), (5), and (6) of the Federal Rules of Civil Procedure. Plaintiff is proceeding *pro se* in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the defendants' motion to dismiss no later than November 19, 2006. If plaintiff neither responds nor moves for an extension of time by the due date, the Court may treat the motion as conceded and dismiss plaintiff's complaint.

**SO ORDERED**.

                                                                                                                                                          s/
                                                     ELLEN SEGAL HUVELLE
                                                     United States District Judge

DATE: October 19, 2006