RECEIVED
NOV 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**District Court of the United States
For the District of Columbia**

Civil Case Number 1:06-cv-01351(ESH)

---

## PLAINTIFF'S MOTION TO ENLARGE TIME

---

**Camille F. Zinda** *in propria persona*

**VS.**

**RICHARD R. JOHNSON, in his individual
Capacity**

Plaintiff asks the court to grant additional time to respond to Defendant's Motion to Dismiss, as authorized by Federal Rule of Civil Procedure 6(b).

Plaintiff has been ordered to file an answer to Defendant's Motion to Dismiss by November 19, 2006.

Plaintiff has experienced a delay due to extended research and is just now aware that she will not be able to meet the deadline.

Plaintiff requests additional time to answer because the legal issues to be addressed by the memorandum are complex and require additional research that can not be completed before the deadline.

Plaintiff request additional time for cause shown, as stated in this motion and not to delay these proceedings. See Fed. R. Civ. P. 6(b).

1

For these reasons, Plaintiff asks the court to extend the time to November 27, 2006.

Respectfully,

_____
Camille F. Zinda

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of PLAINTIFF'S MOTION TO ENLARGE TIME was sent by U. S. Postal Service on November 17, 2006 to:

BEATRIZ T. SAIZ
U. S. Department of Justice
P. O. Box 227
Ben Franklin Station
Washington, D.C. 20044

_____
Adolph Zinda