UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAMILLE F. ZINDA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-01351 (ESH) |
| | ) |
| **RICHARD R. JOHNSON, United States** | ) |
| **Department of Agriculture,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

For the reasons explained in the accompanying Memorandum Opinion, defendants' "Motion to Dismiss" [#5] is hereby **GRANTED**. It is hereby

**ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

                                                                           s/
                                             ELLEN SEGAL HUVELLE
                                             United States District Judge

Date: November 30, 2006