# District Court of the United States
## For the District of Columbia

### Civil Case Number 1:06-cv-01351(ESH)

**Plaintiff's Objection to Defendant's Motion to Dismiss
And Offer to Withdraw**

**Camille F. Zinda**

VS.

**RICHARD R. JOHNSON, et al**

COMES NOW, Camille F. Zinda, in propria persona, and would show the court the following:

Johnson asks permission of the court to substitute the United States as the proper party to the action, rather than Johnson. He claims as his authority 26 U.S.C. §§ 7422 & 7433. Plaintiff has reason to believe and does believe that Johnson does not mean United States, but would ask the court to substitute UNITED STATES OF AMERICA for Johnson. The only statute that Plaintiff can find which would justify such a substitution is 48 U.S.C. § 874, and Plaintiff once again, as in her Original Complaint, insists that she is within the territorial boundaries of one of the several States, Minnesota, and is not sited in a territory or possession. Therefore, she objects to the substitution of Defendant which would allow venue to transfer to a possession of the United States, a territorial nature.

Further, Johnson has once more partaken of a conversion. That of altering the nature of the suit which is to seek redress for behavior outside Johnson's procedures

manual and job description, to a suit for refund. Plaintiff demands strict proof, for the record of the court, that Zinda filed a suit for refund.

Zinda suspects that she has no voice in this court. Zinda now suspects that the Courts of the United States, both Federal and State are for the exclusive benefit and use of the monopoly known as the bar, of which Zinda is not a member. Zinda now suspects that by entering the dominion of the court, even though it gives the appearance it is open to all, that she is trespassing on private law, in a private court, and is, therefore, using private, copyrighted "law".

Zinda makes the claim that because she is not of that class of persons known as attorneys, that this court can not and will not hear her pleas, and can offer her no remedy at law.

Therefore, Zinda will withdraw her complaint and seek redress in an administrative procedure, outside the confines of the private courts, in the Office of the Sheriff.

Respectfully,

*Camille F. Zinda*

Camille Zinda

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of Plaintiff's Objection to Defendant's Motion to Dismiss And Offer to Withdraw was sent by U. S. Postal Service on November 27, 2006 to:

BEATRIZ T. SAIZ
U. S. Department of Justice
P. O. Box 227
Ben Franklin Station
Washington, D.C. 20044

_____